STATE of Vermont v. Anthony N. DORIA, No. 332-78

February 5, 1980. Printed case and appellant's brief to be filed by March 3, 1980, or cause dismissed.

IN RE ESTATE OF Dora L. EXNER, No. 346-78

February 5, 1980. Appellant's brief to be filed by March 3, 1980, or cause dismissed.

IN RE GRIEVANCE OF William HILL, No. 24-79

February 5, 1980. Certified questions to be filed by March 3, 1980, or cause dismissed.

IN RE INVOLUNTARY TREATMENT OF J. R., No. 28-79

February 5, 1980. Printed case and appellant's brief to be filed by March 3, 1980, or cause dismissed.

Bruce and Lorna GILMAN v. Rodney KELLEY, No. 35-79

February 5, 1980. Transcript to be ordered by March 12, 1980, or cause dismissed.

Rebecca DARREL v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 105-79

February 5, 1980. Printed case and appellant's brief to be filed by February 20, 1980, or cause dismissed.

IN RE Robert P. D'ORAZIO, No. 118-79

February 5, 1980. Certified questions to be filed by February 20, 1980, or cause dismissed.

STATE of Vermont v. Michael GERMAIN, No. 140-79

February 5, 1980. Appellant's brief to be filed by March 12, 1980, or cause dismissed.

Kenneth R. LOCKE, Jr. v. ROWELL BROTHERS, INC., No. 148-79

February 5, 1980. Transcript to be ordered by February 20, 1980, or cause dismissed.